# Court of Appeals
# of the State of Georgia

ATLANTA, September 14, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0086. CHRISTOPHER CHIN-YOUNG v. BETTER BUSINESS BUREAU OF METROPOLITAN ATLANTA, INC.**

By order entered December 2, 2011, the trial court granted summary judgment in favor of defendant Better Business Bureau of Metropolitan Atlanta, Inc. in this contract action. Plaintiff Christopher Chin-Young filed a motion for reconsideration, which the trial court denied. On March 20, 2012, Chin-Young filed a notice of appeal to this Court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). Although Chin-Young had a right to appeal the trial court's order granting summary judgment, he does not have the right to appeal the trial court's denial of his motion for reconsideration. The denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Chin-Young's failure to file a notice of appeal within 30 days of the trial court's summary judgment order renders the appeal untimely. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 09/14/2012
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*